LEE'S WHOLESALE DRUGS, INC., Appellant, v. DAVID BECKWITH, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL BUTTS, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.